Official Form 1 (4/07)

| United States Bankruptcy Court Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Postal Logistics Services LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) **52-2437860** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **2380 Diehl Road** **Aurora, IL**                    ZIP Code **60504** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business: **Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                      FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Postal Logistics Services LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                      FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Postal Logistics Services LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X  **/s/ Barry A. Chatz**
Signature of Attorney for Debtor(s)

**Barry A. Chatz 06196639**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 S. Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**August 21, 2008**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Thomas R. Taylor**
Signature of Authorized Individual

**Thomas R. Taylor**
Printed Name of Authorized Individual

**Managing Partner**
Title of Authorized Individual

**August 21, 2008**
Date

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Postal Logistics Services LLC**                                     Case No. _____

                              Debtor(s)                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Angelo Anagnostopoulos<br>422 South Lincoln Street<br>Addison, IL 60101 | Angelo Anagnostopoulos<br>422 South Lincoln Street<br>Addison, IL 60101 | | | 37,030.00 |
| Behnke Trucking<br>600 N. Helmer Road<br>P.O. Box 763<br>Battle Creek, MI 49016-0763 | Behnke Trucking<br>600 N. Helmer Road<br>P.O. Box 763<br>Battle Creek, MI 49016-0763 | | | 40,025.00 |
| BG Transport, Inc.<br>171 South Joliet Road<br>Carol Stream, IL 60188 | BG Transport, Inc.<br>171 South Joliet Road<br>Carol Stream, IL 60188 | | | 43,093.06 |
| Burton Truck Lines, Inc.<br>2226 Landmeier Road<br>Elk Grove Village, IL 60007 | Burton Truck Lines, Inc.<br>2226 Landmeier Road<br>Elk Grove Village, IL 60007 | | | 54,600.00 |
| D.M. Bowman, Inc.<br>10038 Governor Lane Boulevard<br>Williamsport, MD 21795 | D.M. Bowman, Inc.<br>10038 Governor Lane Boulevard<br>Williamsport, MD 21795 | | | 40,143.47 |
| Freight Masters Systems<br>23253 Network Place<br>Chicago, IL 60673 | Freight Masters Systems<br>23253 Network Place<br>Chicago, IL 60673 | | | 39,525.00 |
| Intermodal Sales Corporation<br>P.O. Box 3320<br>Cordova, TN 38088-3320 | Intermodal Sales Corporation<br>P.O. Box 3320<br>Cordova, TN 38088-3320 | | | 47,028.00 |
| J.B. Hunt Transport, Inc.<br>P.O. Box 98545<br>Chicago, IL 60693-8545 | J.B. Hunt Transport, Inc.<br>P.O. Box 98545<br>Chicago, IL 60693-8545 | | | 68,839.34 |
| Jevic Transportation Co.<br>600 Creek Road<br>Riverside, NJ 08075 | Jevic Transportation Co.<br>600 Creek Road<br>Riverside, NJ 08075 | | | 87,532.08 |
| JR Cartage, Inc.<br>3108 S. Route 59<br>Suite 124-254<br>Naperville, IL 60564 | JR Cartage, Inc.<br>3108 S. Route 59<br>Suite 124-254<br>Naperville, IL 60564 | | | 150,186.88 |
| National Freight, Inc.<br>P.O. Box 12852<br>Philadelphia, PA 19101 | National Freight, Inc.<br>P.O. Box 12852<br>Philadelphia, PA 19101 | | | 324,517.27 |

In re    **Postal Logistics Services LLC**                                                    Case No. _____

_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nationwide Magazine & Book, Inc.**<br>**P.O. Box 170746**<br>**Irving, TX 75017-0746** | **Nationwide Magazine & Book, Inc.**<br>**P.O. Box 170746**<br>**Irving, TX 75017-0746** | | | **37,919.84** |
| **Pacific Continental Shippers LLC**<br>**808 134th Street SW**<br>**Suite 209**<br>**Everett, WA 98204** | **Pacific Continental Shippers LLC**<br>**808 134th Street SW**<br>**Suite 209**<br>**Everett, WA 98204** | | | **86,233.95** |
| **Quebcor World (USA) Inc. 2007**<br>**P.O. Box 98668**<br>**Chicago, IL 60693-8668** | **Quebcor World (USA) Inc. 2007**<br>**P.O. Box 98668**<br>**Chicago, IL 60693-8668** | | | **1,104,412.88** |
| **Road Runner**<br>**3576 Paysphere Circle**<br>**Chicago, IL 60674** | **Road Runner**<br>**3576 Paysphere Circle**<br>**Chicago, IL 60674** | | | **52,967.85** |
| **Teachers Retirement System of IL**<br>**c/o CTMT 4678 World Parkway Circle**<br>**Saint Louis, MO 63134** | **Teachers Retirement System of IL**<br>**c/o CTMT 4678 World Parkway Circle**<br>**Saint Louis, MO 63134** | | | **141,537.37** |
| **The Custom Companies**<br>**P.O. Box 94338**<br>**Chicago, IL 60678-4338** | **The Custom Companies**<br>**P.O. Box 94338**<br>**Chicago, IL 60678-4338** | | | **62,573.68** |
| **Thoroughbred Direct Intermodal Serv**<br>**P.O. Box 2576**<br>**Fort Wayne, IN 46801** | **Thoroughbred Direct Intermodal Serv**<br>**P.O. Box 2576**<br>**Fort Wayne, IN 46801** | | | **177,794.85** |
| **United States Postal Service**<br>**Attention: Johnny Morris**<br>**6801 West 73rd Street**<br>**Bedford Park, IL 60499-9996** | **United States Postal Service**<br>**Attention: Johnny Morris**<br>**6801 West 73rd Street**<br>**Bedford Park, IL 60499-9996** | | | **108,472.78** |
| **UPS Supply Chain Solutions**<br>**P.O. Box 1309**<br>**Paramus, NJ 07653-1309** | **UPS Supply Chain Solutions**<br>**P.O. Box 1309**<br>**Paramus, NJ 07653-1309** | | | **40,322.38** |

In re   **Postal Logistics Services LLC**                    Case No.               

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 21, 2008**             Signature   **/s/ Thomas R. Taylor**
                                                **Thomas R. Taylor**
                                              **Managing Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Postal Logistics Services LLC**                                                    Case No. _____

Debtor(s)                              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **320**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 21, 2008**                    **/s/ Thomas R. Taylor**
                                                **Thomas R. Taylor**/**Managing Partner**
                                                Signer/Title

.

A J Freight
P.O. Box 232
Elk Grove Village, IL 60009


A.M. Express, Inc.
P.O. Box 721
Escanaba, MI 49829


A.V. Inc.
P.O. Box 663
Lemont, IL 60439


AD & RO Transport, Inc.
8295 Selwick Drive
Cleveland, OH 44129


ADP


Advance Logistics, Inc.
P.O. Box 100920
Atlanta, GA 30384-0920


AGM Transport
22331 Network Place
Chicago, IL 60673


AJT Trucking
869 Hawthorne Circle
Lombard, IL 60148


All State Trans, Inc.
777 Rohwling Road
Addison, IL 60101


Alliance Transportation Group
Advance Business Capital LLC
36916 Treasury Center
Chicago, IL 60694


Allstates Logistics
P.O. Box 168
Bensenville, IL 60106

Altendorf Trucking, Inc.
105 7th Street
P.O. Box 319
Minto, ND 58261


Altex Enterprises, Inc.
945 F. Street
West Sacramento, CA 95605


AM-Can Transport Service
P.O. Box 770
Anderson, SC 29622


Amber Expressway Corp.
c/o Assist Financial Services
P.O. Box 347
Madison, SD 57042


American Freight Lines Enterprises
P.O. Box 100920
Atlanta, GA 30384-0920


American Freight Services
36916 Treasury Center
Chicago, IL 60694


American Freightways
3160 Camino Del Rio South
Suite 302
San Diego, CA 92108


American Truck Lines
P.O. Box 687
Wheaton, IL 60189


American Truck Way
113 68th Street
Darien, IL 60561


Amondin Corp.
5100 South Lawndale Avenue
McCook, IL 60525

Angelo Anagnostopoulos
422 South Lincoln Street
Addison, IL 60101


Apex Capital Preferred Transit, Inc
P.O. Box 961029
Fort Worth, TX 76161-1029


APN Express
634 Sanders Court
Gurnee, IL 60031


Arrow Transport
P.O. Box 121
Lincoln Park, NJ 07035


Atlas SN Inc.
P.O. Box 932001
Kansas City, MO 64193-2001


Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-3000


Avaya Inc.
P.O. Box 5332
New York, NY 10087-5332


AWR Transport, Inc.
11843 68th Street
Largo, FL 33773


Axis Logistix
4700 Irving Park Road
Chicago, IL 60641


B & B Transportation, Inc.
P.O. Box 155
Haines City, FL 33845


Behnke Trucking
600 N. Helmer Road
P.O. Box 763
Battle Creek, MI 49016-0763

Berkut Transport
13874 SE Monet Ct.
Clackamas, OR 97015


BG Transport, Inc.
171 South Joliet Road
Carol Stream, IL 60188


BHT Trucking, Inc.
P.O. Box 1752
Memphis, TN 38101


BK Carrier Corp.
Box 1137
East Windsor, NJ 08520


Black Horse
150 Village Court
Carol Stream, IL 60188


Black Water Logistics
9485 Regency Square Boulevard
#102
Jacksonville, FL 32225


Blue Collar Logistics
1433 Birch Avenue
Greeley, CO 80631


Bob Trucking
P.O. Box 932001
Kansas City, MO 64193


BOGO Transportation, Inc.
P.O. Box 5762
Buffalo Grove, IL 60089


Booklet Binding Inc dba Team Servic
2200 Parkes Drive
Broadview, IL 60155


Buchanan Hauling & Rigging Inc.
4625 Industrial Road
Fort Wayne, IN 46825

Bulldog Trucking
7370 Ciancetti Avenue
Fresno, CA 93722


Bultrans Express
1458 Crowe Avenue
Deerfield, IL 60015


Burleson Distributors, Inc.
P.O. Box 236
21783 Rte 4 North
Carlinville, IL 62626


Burlington Motor Express
315 West Broad Street
Burlington, NJ 08016


Burr, Jennifer
272 Comstock Drive
Elgin, IL 60124


Burton Truck Lines, Inc.
2226 Landmeier Road
Elk Grove Village, IL 60007


Buske Lines, Inc.
7 West Cateway Commerce Drive
P.O. Box 929
Edwardsville, IL 62025


C F I Express
P.O. Box 138
Dresden, TN 38225


C seip Transport, Inc.
100 Bass Pro Mills Drive
Unit 43
Vaughan, ON L4K5X1


Calhoun Distribution, Inc.
4075 Windgap Ave.
Building #15
Pittsburgh, PA 15204

Cands, Inc.
515 Duncan Road
Frankfort, KY 40601


Cannon Freight Systems, Inc.
25325 Henry B. Joy Blvd.
Harrison Township, MI 48045


Carrier Logistics, Inc.
220 White Plains Road
Tarrytown, NY 10591


Carter Trans
14320 Ventura Boulevard
Suite 157
Sherman Oaks, CA 91423


CDN Logistics
317 West Lake Street
Northlake, IL 60164


Celtic Xpress, Inc.
14535 John Humphrey Drive
Suite 200
Orland Park, IL 60462


CH Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121


Chaler Corp.
47 S 34th Street
Richmond, IN 47374


Checker Logistics
P.O. Box 2525
Green Bay, WI 54306


Chilly Transport LLC
P.O. Box 443
New London, MN 56273

Cobra Logistics
1220 Iroquois Avenue
Suite 204
Naperville, IL 60563


Cody Express LLC
200 Pepper Road
Easley, SC 29642


Comdata Network, Inc. MSC-410115
P.O. Box 415000
Nashville, TN 37241-5000


ComEd Bill Payment Center
Chicago, IL 60668-0002


Con-Way Frieght
P.O. Box 5160
Portland, OR 97208-5160


Con-Way Full Load
P.O. Box 795
Saline, MI 48176


Con-Way Transportation Service
P.O. Box 982020
North Richland Hills, TX 76182


Core Carrier Corporation
P.O. Box 15096
Kansas City, KS 66115


Cornhusker Motor Lines
P.O. Box 150290
Ogden, UT 84415-9902


Corr Cronin Michelson Baumgardner
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154-1051


Cox Transportation
191 Williams Street
Bristol, VA 24201

Custom Transfer, Inc.
P.O. Box 157
Long Prairie, MN 56347


CV Transport, Inc.
P.O. Box 2219
Decatur, AL 35609


CX Press Trucking
P.O. Box 24715
Richmond, VA 23224


D&A Trucking
P.O. Box 1555
West Babylon, NY 11704


D'Argento Trucking Inc.
P.O. Box 305
Elmhurst, IL 60126


D.M. Bowman, Inc.
10038 Governor Lane Boulevard
Williamsport, MD 21795


D.R.O.M. Transport, Inc.
P.O. Box 55
Lake Zurich, IL 60047


Dallas Mavis
P.O. Box 933567
Atlanta, GA 31193


Dan Trucking
P.O. Box 961029
Fort Worth, TX 76161-1029


DBK Trading LLC
214 Everett Avenue
Wyckoff, NJ 07481


Delta Transport, Inc.
4704 Roseville Road
Suite 114
North Highlands, CA 95660

Delta Transportation Services
c/o Hammer Collections LLC
3322 South Campbell Avenue Suite BB
Springfield, MD 65607


Dobush, Anthony


Doc Fish
744 Stewart Ave.
North Aurora, IL 60542


Drina Express, Inc.
P.O. Box 17000
Jonesboro, AR 72403


DSV Express
13311 West Cedar Creek Court
Homer Glen, IL 60491


Duck River Electric Membership Corp
P.O. Box 1139
Manchester, TN 37349-1139


E&K Truck Service, Inc.
P.O. Box 2639
Saint Louis, MO 63116


East European Trucking
P.O. Box 347
Madison, SD 57042


Eastern Trucking MSC-410115
P.O. Box 415000
Nashville, TN 37241


Echo Global Logistics
Attn: Accounts Receivable
22168 Network Place
Chicago, IL 60673-1221


Eden Lines Logistics
51 Sherwood Terrace
Suite E
Lake Bluff, IL 60044

Eden Logistics Inc.
P.O. Box 649
Waupaca, WI 54981


Egan Transport
3101 Sibley memorial Highway
Eagan, MN 55121


Elite Carriers, Inc.
P.O. Box 2648
Santa Ana, CA 90670


Equipment Connections, Inc.
19139 South Blackhawk Parkway
#14
Mokena, IL 60448


Equipment Depot of Illinois
Dept. 6059
Carol Stream, IL 60122-6059


Eric Transportation
1030 North Princeton Avenue
Villa Park, IL 60181


F&H Trucking
160 Wildwood Drive
Bridgewater, VA 22812


Farnsworth Logistics, Inc.
P.O. Box 512
Rex, GA 30273


Fast Transfer, Inc.
Thompson Road 1364
Eagle Pass, TX 78852


Fastway Transport, Inc.
1113 South Sprucewood Drive
Mount Prospect, IL 60056


Fifth Third Bank
P.O. Box 740523
Cincinnati, OH 45274-0523

Figari & Davenport LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796


Five Rivers Trucking
9 Jennifer Lane
Sugarloaf, PA 18249


Flipp Transportation LLC
801 N. El Paso Street
Colorado Springs, CA 90903


Floyd Blinsky Trucking
210 Keys Road
Yakima, WA 98901


FMI International
800 Federal Boulevard
Carteret, NJ 07008


FMI Transport
6688 Joliet Road
Suite 125
Indian Head Park, IL 60525


Freight Masters Systems
23253 Network Place
Chicago, IL 60673


G VMG Transportation
P.O. Box 2642
Carlsbad, CA 92018


G.W. Delivery, Inc.
4284 Paysphere Circle
Chicago, IL 60674


Gamer Logistics
11333 Rojas
Suite C
El Paso, TX 79936

General Fleet
P.O. Box 881774
San Francisco, CA 94188


Glacial Energy of Illinois


Go Trans
P.O. Box 150290
Ogden, UT 84415


Golden State Express
8028 Red Fern Ct.
Antelope, CA 95843


Gypsum Express
P.O. Box 2244
Buffalo, NY 14240


Hetzels Overland Transport
P.O. Box 6075
Effingham, IL 62401


Higdon Furniture Co.
P.O. Box 1739
Quincy, FL 32353


Hirey Transportation, Inc.
P.O. Box 2642
Carlsbad, CA 92018


HMD Trucking
1707 Momentum Place
Chicago, IL 60689


Holmes Transport
P.O. Box 277724
Atlanta, GA 30384


Hooah Express
90 F. Glenda Trace
#30
Newnan, GA 30265

Hoosier Tradewinds, Inc.
1318 E. 236th Street
Arcadia, IN 46030


Hot Foot Express
4300 West 65th Street
Little Rock, AR 72209


Hunter Intermodal Transport, Inc.
1020 Industrial Road
Halls, TN 38040


Ideal Trans
Bay View Funding
P.O. Box 881774
San Francisco, CA 94188


Innovative Logistics Concepts
P.O. Box 297
Lima, OH 45802


Inter, Inc.
1225 Greenriar Drive
Suite D
Addison, IL 60101


Intermodal Sales Corporation
P.O. Box 3320
Cordova, TN 38088-3320


Intermodal USA
9037 Detwiler Road
Canfield, OH 44406


IS Transportation
305 Glenwood
Coffeyville, KS 67337


J & A Logistics
31741 Grandview Avenue
Westland, MI 48186


J & B Trucking
P.O. Box 150290
Ogden, UT 84415

J & E Trucking
230 W. Boden Street
Milwaukee, WI 53207


J & L Truck Leasing
36 Prince Street
Manchester, NH 03102


J & R Transport
53017 Cressuda Street
Lake Elsinore, CA 92532


J.B. Hunt Transport, Inc.
P.O. Box 98545
Chicago, IL 60693-8545


J.S. Helwig & Son LLC
P.O. Box 612191
Dallas, TX 75261


J.S. Trucking, Inc.
9041 Shady Lane
Hickory Hills, IL 60457


Jas Express, Inc.
149 Madera Circle
Carpentersville, IL 60110


Jeff Spencer Trucking
P.O. Box 456
Lake City, AR 72437


Jeffrey W. Krol & Associates
8700 W. Bryn Mawr
Suite 810
Chicago, IL 60631


Jevic Transportation Co.
600 Creek Road
Riverside, NJ 08075


JR Cartage, Inc.
3108 S. Route 59
Suite 124-254
Naperville, IL 60564

Kablar Bros. Express LLC
29403 313th Avenue SE
Ravensdale, WA 98051


Karolina Xpress
7133 N. Rosemead Blvd.
Suite 5
San Gabriel, CA 91775


KC Matt Transport
P.O. Box 60
Searcy, AR 72145


Kendall Transportation
P.O. Box 25118
Little Rock, AR 72221


King Solutions, Inc.
12424 Ironwood Circle
P.O. Box 460
Rogers, MN 55374-0460


Klein Transportation Corp.
9430 S. Springfield Avenue
Evergreen Park, IL 60805


KP Trucking, Inc.
P.O. Box 2306
Platte City, MO 64079


KTI Logistics
P.O. Box 932873
Atlanta, GA 31193


KWL, Inc.
1376 West Central Street
Suite 50
Franklin, MA 02038


Landforce Express Corp.
c/o Comdata Network Inc. MSC-410115
P.O. Box 415000
Nashville, TN 37241-5000

Landstar Ranger, Inc.
P.O. Box 8500-54293
Philadelphia, PA 19178-4293


Lazzaro Trucking, Inc.
P.O. Box 14
Mantua, OH 44255


Leader Services
P.O. Box 399
Wood Dale, IL 60191


Leggett & Platt Transportation
c/o US Bank
P.O. Box 952092-Main Post Office
Saint Louis, MO 63195


LGS Express Inc. Capital Partners
Financial Corp. dba Freight Capital
P.O. Box 2642
Carlsbad, CA 92018


Liberty Transport
P.O. Box 1834
Columbus, GA 31902


Lighting Freight & Mobile Repair
1901 South Harris Avenue
Independence, MO 64052


Lisha Trucking Co.
5408 Christopher Dr.
Oak Forest, IL 60452


Long Haul Delivery
c/o Kuntz Law Firm
9131 Crown Jewel Drive
Richmond, TX 77469


Luckey Logistics
29988 North 00 East Road
Streator, IL 61364

Lynden Air Frieght, Inc.
P.O. Box 3757
Seattle, WA 98124-3757


M & S Express Transport, Inc.
P.O. Box 668
Worth, IL 60482


Mailing & Fulfillment Service Assoc
1421 Prince Street
Suite 410
Alexandria, VA 22314-2806


Marx Transport Inc. MSC-410115
P.O. Box 41500
Nashville, TN 37241-5000


Masil Refrigerated Transport
2315 Madison Street
Omaha, NE 68107


Matic Transportations
P.O. Box 150290
Ogden, UT 84415


Matthews Transportation
P.O. Box 932001
Kansas City, MO 64193


McLeod Express
P.O. Box 3520
Decatur, IL 62524


Megatrux Transportation, Inc.
P.O. Box 2153
Dept. 5210
Birmingham, AL 35287-5210


Melgar Trucking Transportation
P.O. Box 17000
Jonesboro, AR 72403


Merit Transportation
Dept. 1494
Denver, CO 80291

MGI Finance
261 Dale Avenue
Ottawa Ontario K1G0H7


MHM Trucking
P.O. Box 150290
Ogden, UT 84415


Midland West, Inc.
P.O. Box 5909
Whittier, CA 90607


Midway Line, Inc.
255 East 167th Street
Harvey, IL 60426


Mile Trucking
9036 West 91st Place
Hickory Hills, IL 60457


Mis Transportation
602 Sherwood Court
Romeoville, IL 60446


Misl Transport
717 Hicks Drive
Elburn, IL 60119


MLP Logistics
616 Driftwood Avenue
Romeoville, IL 60446


Modular Trnasportation Co.
P.O. Box 9465
Wyoming, MI 49509


Momentum Transportation
21225 Hamburg Avenue
Suite A
Lakeville, MN 55044


Mr. Trucking, Inc.
28904 Network Place
Chicago, IL 60673-1289

National Freight, Inc.
P.O. Box 12852
Philadelphia, PA 19101


National Parcel Logistics
5415 S. Sligh Avenue
#110
Tampa, FL 33634


Nationwide Inc.
14445 West 140th Terrace
Olathe, KS 66062


Nationwide Magazine & Book
3680 E. 52nd Avenue
Denver, CO 80216


Nationwide Magazine & Book, Inc.
P.O. Box 170746
Irving, TX 75017-0746


NBS Trucking Ltd.
P.O. Box 39
Susquahanna Drive
Custer City, PA 16725


New Star Trucking
P.O. Box 92024
Los Angeles, CA 90009


NG Express, Inc.
P.O. Box 25229
Anaheim, CA 92825-5229


NGS Transportation, Inc.
P.O. Box 915183
Dallas, TX 75391-5183


Nick's Transportation, Inc.
28904 Network Place
Chicago, IL 60673


Nolly Way, Inc.
P.O. Box 961026
Fort Worth, TX 76161-1029

Northern Illinois Customer Council
NIPCC Summer Scramble
P.O. Box 87492
Carol Stream, IL 60188


Northside Grain, Inc.
3187 Highway 63
Malcom, IA 50157


Nortown Trucking
1288 Ritson Road North
Suite 347
Oshawa, ON L1G8B2


Nu-Way Logistics
4233 Sunny Glen Ct
Arnold, MO 63010


Oce
12379 Collections Center Drive
Chicago, IL 60693


Olympia, Inc.
c/o Apex Capital LP
P.O. Box 961029
Fort Worth, TX 76161-1029


On Time Logistics Corp.
6717 Western Avenue
Darien, IL 60561


One Source Logistics
109 27th Avenue NE
Minneapolis, MN 55418


One Way Enterprises
429 Beach Avenue
La Grange Park, IL 60526


Orion Transportation Corp.
c/o Apex Capital LP
P.O. Box 1029
Fort Worth, TX 76161

Osborne Transport
P.O. Box L
Kenvil, NJ 07847


Overbye Transport
P.O. Box 1296
Lakeville, MN 55044


Ovy Trucking, Inc.
640 Tunnel Road
White Haven, PA 18661


P & A Transport MSC-410115
P.O. Box 415000
Nashville, TN 37241


P & K Trucking, Inc.
P.O. Box 29818
Phoenix, AZ 85038


Pacific Continental Shippers LLC
808 134th Street SW
Suite 209
Everett, WA 98204


Pacific Logistics Corp.
5600 Knott Avenue
Buena Park, CA 90621


Palmer Packaging, Inc.
P.O. Box 355
Addison, IL 60101


Parrish, Inc.
P.O. Box 4
Freeburg, IL 62243


Partners Distribution, Inc.
28904 Network Place
Chicago, IL 60673


Pawel Transportation Service
Department 470
P.O. Box 4869
Houston, TX 77210

Pax Trucking Inc.
4284 Paysphere Circle
Chicago, IL 60674


PBS Carriers Corp.
P.O. Box 1359
Rancho Cucamonga, CA 91729


Penillas Transport
8580 Avendia Costa Norte
San Diego, CA 92154


Penmark Express
205 West Grand Avenue
Suite 125
Bensenville, IL 60106


Perpetual Motion
P.O. Box 100920
Atlanta, GA 30384


Perry Mandera
c/o Custom Companies
317 W. Lake Street
Northlake, IL 60164


Pitney Bowes Global Financial Serv
Pitney Bowes Credit Corporation
P.O. Box 856460
Louisville, KY 40285-6460


Pol Transportation
P.O. Box 12059
Olympia, WA 98508


Premier Freight Exchange
P.O. Box 640296
Pittsburgh, PA 15264


Pro Stage West
6705 South Eastern Avenue
Las Vegas, NV 89119

Pro-Trans Logistics
1806 Edgewood Drive
Algonquin, IL 60102


Providian


Prudential Trucking
P.O. Box 7224
Villa Park, IL 60181


Q.T.I. Inc.
7580 State Road
Burbank, IL 60459


Quebcor World (USA) Inc. 2007
P.O. Box 98668
Chicago, IL 60693-8668


R & T Transport
P.O. Box 1857
Bainbridge, GA 39818


R B J Express, Inc.
121 Brandywine Drive
Poplar Grove, IL 61065


R.L. Carter Trucking, Inc.
P.O. Box 277724
Atlanta, GA 30384


Ram Express Inc.
712 Houston St.
Lemont, IL 60439


Raven Trucking, Inc.
301 North 7th Street
Kentland, IN 47951


Re Barnett & Sons
P.O. Box 16006
Phoenix, AZ 85011

Regency Office Products
5506 Creedmoor Road
Suite 220
Raleigh, NC 27612


Reliance Express
793 South Tracy Boulevard
Suite 283
Tracy, CA 95376


Risinger Bros. Transfer
P.O. Box 5198
Morton, IL 61550


Road Runner
3576 Paysphere Circle
Chicago, IL 60674


RoadLink USA
2604 Paysphere Circle
Chicago, IL 60674


Robert R. Tepper
111 West Washington Street
Suite 1900
Chicago, IL 60602


Rommelman Bros. Farms
23530 Walnut Hill Road
Hoyleton, IL 62803


Royal Transport, Inc.
7106 Washington Street
Darien, IL 60561


RTL Associates
SR Factoring
P.O. Box 265
Stevensville, MT 59870


S & T Transport, Inc.
8711 West Bryn Mawr Avenue
Suite 708
Chicago, IL 60631

Savin Corp dba Ricoh Business Syste
P.O. Box 73213
Chicago, IL 60673-7213


Schneider National
2567 Paysphere Circle
Chicago, IL 60674


SE Express
620 Sherwood Court
Romeoville, IL 60446


Sharkey Transportation, Inc.
P.O. Box 3156
Quincy, IL 62305


Shear Logistics
P.O. Box 2642
Carlsbad, CA 92018


Shipper's Choice, Inc.
11750 S. Homan-138
Merrionette Park, IL 60803


Shore Line Transportation
P.O. Box 869
Cantonment, FL 32533


Short Distribution, Inc.
P.O. Box 11664
Green Bay, WI 54307


Silver Arrow, Inc.
901 22nd Street
Rockford, IL 61108


Skid, Inc.
770 East Church Street
Jasper, GA 30143


SkyLine Express
3932 N. Panama
Chicago, IL 60634

Smith & West Express
Accounts Receivable
5193 Flemish Court
College Park, GA 30349


Somat Transportation
P.O. Box 961029
Fort Worth, TX 76161


Southwest Logistics, Inc.
6021 Scott Way
City of Commerce, CA 90040


Southwind Transportation
3023 Wister Circle
Valrico, FL 33596


Speedy's Carriers, Inc.
P.O. Box 1693
Litchfield Park, AZ 85340


Spider Enterprises
225 N. Braintree Drive
Schaumburg, IL 60194


Split Transfer Corp.
P.O. Box 932001
Kansas City, MO 64193


Star Freight, Inc.
4284 Paysphere Circle
Chicago, IL 60674


Summit Logistics
23963 Network Place
Chicago, IL 60673-1239


Sun Shine Express
P.O. Box 3780
Joliet, IL 60434


Sun Valley Transportation, Inc.
P.O. Box 10786
El Paso, TX 79995

Sunshine Express
P.O. Box 3780
Joliet, IL 60434


Super Express Transport
6431 Kennedy Avenue
Hammond, IN 46324


T Lines Express
14061 S. Garavogue
Orland Park, IL 60467


T.M. Transport, Inc.
7106 Washington Street
Darien, IL 60561


Taylor Transfer
529 North Morgan Street
Decatur, IL 60181


Teachers Retirement System of IL
c/o CTMT 4678 World Parkway Circle
Saint Louis, MO 63134


Terminal Transport
P.O. Box 9201
Minneapolis, MN 55480


The Custom Companies
P.O. Box 94338
Chicago, IL 60678-4338


Thoroughbred Direct Intermodal Serv
P.O. Box 2576
Fort Wayne, IN 46801


Tim Johnson Trucking
1440 Ford Avenue
Corwith, IA 50430


Titus Transportation
P.O. Box 2064
Denton, TX 76202

TML Transit, Inc.
P.O. Box 1105
Arlington, TX 76004


Total Transportation
P.O. Box 2060
Jackson, MS 39225


Tran Transportation
16420 SE McGillivray
Suite 103
Vancouver, WA 98683


Transfleet, Inc.
11699 Fenner Road
Perry, MI 48872


Transportation Specialist, Inc.
7894 Winchester Road
Suite 300
Memphis, TN 38125


Tranzstar, Inc.
P.O. Box 1747
Warsaw, IN 46581-1747


Trinity Nationwide Carriers, Inc.
810 West Street
Watertown, WI 53094


Triple J. Trucking, LLC
Orange Commercial Credit
P.O. Box 25229
Anaheim, CA 92825-5229


Triple M Carriers
167 East King Street
Lancaster, PA 17602


Trius Trucking, Inc.
P.O. Box 2700
Fresno, CA 93745

TRT Transport
P.O. Box 150290
Ogden, UT 84415


TRTG Logistics
1005 Commercial Way
Caldwell, ID 83605


Turnpike Transit, Inc.
P.O. Box 581750
Tulsa, OK 74158


Unger Freight Services
2002 State Route #18
Aliquippa, PA 15001


United American Lines
8700 North Waukegan Road
Suite 200
Morton Grove, IL 60053


United Business Corporation
405 Beechwood Drive
Westmont, IL 60559


United States Postal Service
Attention: Johnny Morris
6801 West 73rd Street
Bedford Park, IL 60499-9996


Unlimited Freight
P.O. Box 687
Wheaton, IL 60189


UPS Freight
28013 Network Place
Chicago, IL 60673


UPS Supply Chain Solutions
P.O. Box 1309
Paramus, NJ 07653-1309


VA Trucking LLC
112 Whispering Hills Boulevard
Bowling Green, KY 42101

Valiant Express
c/o National Bankers Trust
P.O. Box 1752
Memphis, TN 38101


Verizon
P.O. Box 4833
Trenton, NJ 08650-4833


VH Express
c/o RTS Financial Service
P.O. Box 932001
Kansas City, MO 64193


W-Artpol Corp.
72 Timber Trails Ct.
Gilberts, IL 60136


Wannemacher Ent, Inc.
400 East Hanthorn Road
Lima, OH 45804


Western Express
Dept. 54
P.O. Box 306035
Nashville, TN 37230


Windy City Carriers
P.O. Box 932001
Kansas City, MO 64193


Wirefly Interactive
942 North Howe Street
Chicago, IL 60610


Woodland Transport
22331 Network Place
Chicago, IL 60673


YYM Transport, Inc.
7213 Wyndridge Road
Machesney Park, IL 61115

```
Zummanity, Inc.
2009 Apple Lane
#6
Woodridge, IL 60517
```